FILED

2020 OCT -6 PM 12: 39

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.

ELBER BARAHONA GOMEZ,
HURTADO RENTERIA LUIS HERNANDO, and
EDILBERTO VALENCIA GARCES

CASE NO. 8: 20 cr 307 T 23 tgw

46 U.S.C. §§ 70503(a) and
70506(a) and (b)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

Beginning on an unknown date and continuing through on or about

September 25, 2020, while upon the high seas and onboard a vessel subject to

the jurisdiction of the United States, the defendants,

ELBER BARAHONA GOMEZ,
HURTADO RENTERIA LUIS HERNANDO, and
EDILBERTO VALENCIA GARCES,

did knowingly, willfully, and intentionally combine, conspire, and agree with

each other and other persons unknown to the Grand Jury, to possess with

intent to distribute five (5) kilograms or more of a mixture and substance

containing a detectable amount of cocaine, a Schedule II controlled substance,

in violation of 46 U.S.C. §§ 70503(a), 70506(a) and (b), and punishable under

21 U.S.C. § 960(b)(1)(B)(ii).

## COUNT TWO

Beginning on an unknown date and continuing through on or about September 25, 2020, while upon the high seas and onboard a vessel subject to the jurisdiction of the United States, the defendants,

ELBER BARAHONA GOMEZ,
HURTADO RENTERIA LUIS HERNANDO, and
EDILBERTO VALENCIA GARCES,

did knowingly and intentionally, while aiding and abetting each other and other persons unknown to the Grand Jury, possess with intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 46 U.S.C. §§ 70503(a) and 70506(a), 18 U.S.C. § 2, and punishable under 21 U.S.C. § 960(b)(1)(B)(ii).

## FORFEITURE

1.  The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of 21 U.S.C. §§ 853 and 881, 46 U.S.C. § 70507, and 28 U.S.C. § 2461(c).

2.  Upon their conviction of any of the violations alleged in Counts One or Two of this Indictment, in violation of 46 U.S.C. § 70503, the defendants,

ELBER BARAHONA GOMEZ,
HURTADO RENTERIA LUIS HERNANDO, and
EDILBERTO VALENCIA GARCES,

shall forfeit to the United States, pursuant to 46 U.S.C. § 70507, 21 U.S.C.

§ 881(a), and 28 U.S.C. § 2461(c), any and all property described in 21 U.S.C.

§ 881(a)(1) through (11) that was used or intended for use to commit, or

facilitate the commission of, such offenses.

3. Upon their conviction of any of the violations alleged in Counts

One or Two of this Indictment, in violation of 21 U.S.C. § 960, the

defendants,

ELBER BARAHONA GOMEZ,
HURTADO RENTERIA LUIS HERNANDO, and
EDILBERTO VALENCIA GARCES,

shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property

constituting, or derived from, any proceeds obtained, directly or indirectly, as

a result of such offense and any property used, or intended to be used, in any

manner or part, to commit, or to facilitate the commission of, the offense.

4. If any of the property described above, as a result of any act or

omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with a third

party;

3

c.  has been placed beyond the jurisdiction of the Court;

d.  has been substantially diminished in value; or,

e.  has been commingled with other property, which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under the provision of 21 US.C. § 853(p), directly and as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Tereza Zambrano Ohley
Special Assistant United States Attorney

By: _____
Joseph K. Ruddy
Assistant United States Attorney
Chief, Transnational Organized Crime Section

4

FORM OBD-34
October 20

No. _____

# UNITED STATES DISTRICT COURT
### Middle District of Florida
### Tampa Division

THE UNITED STATES OF AMERICA

vs.

ELBER BARAHONA GOMEZ,
HURTADO RENTERIA LUIS HERNANDO, and
EDILBERTO VALENCIA GARCES

## INDICTMENT

Violations:   46 U.S.C. §§ 70503(a) and
70506(a) and (b)

A true bill,

*Rachelle Sutter*

Foreperson

Filed in open court this 6th day

of October 2020.

_____

Clerk

Bail $_____

GPO 863 525