AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 8:20 cr307 T23 TGW |
| HURTADO RENTERIA LUIS HERNANDO | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| Defendant | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   HURTADO RENTERIA LUIS HERNANDO                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy with intent to distribute five (5) kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, and possession with intent to distribute five (5) kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States.

In violation of: 46 U.S.C. §§ 70503(a) and 70506(a) and (b)

Date:  **OCT 0 6 2020**

_____
*Issuing officer's signature*

City and state:    Tampa, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

| Return | | |
|---|---|---|
| This warrant was received on *(date)* 10-07-20 , and the person was arrested on *(date)* 10-09-20 at *(city and state)* MIAMI, FL . | | |
| Date: 10/13/20 | _____ Sign For USCG *Arresting officer's signature* | |
| | MARK GRAHAM   DUSM *Printed name and title* | |