**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                   **CASE NO.: 8:20-CR-307-SDM-TGW**

**ELBER BARAHONA GOMEZ**
_____/

## DEFENDANT'S SENTENCING MEMORANDUM IN SUPPORT OF A DOWNWARD VARIANCE

COMES NOW, the Defendant, ELBER BARAHONA GOMEZ, by and through his undersigned counsel, pursuant to 18 U.S.C §§ 3551 and 3553(a), and hereby moves this Honorable Court to vary below his advisory guideline range and impose a sentence of 108 months imprisonment followed by a term of five years of supervised release. In support, Mr. Barahona Gomez shows the following:

### FACTUAL AND PROCEDURAL HISTORY

Elber Barahona Gomez is a 36-year-old father of four minor children and, as of April 13, 2021, a grandfather. PSR ¶ 39. The COVID-19 pandemic left many individuals in Colombia, and elsewhere, struggling to put food on their tables. As a result, Mr. Barahona Gomez saw a sharp decline in the amount of money he was able to earn as a fisherman because others were no longer able to afford to buy any of the fish he caught. Out of desperation to

continue to be able to provide basic necessities for his family, he agreed to do this boat trip and now finds himself before this Honorable Court. On March 5, 2021, Mr. Barahona Gomez pleaded guilty to conspiracy to possess with intent to distribute five kilograms or more of cocaine on a vessel subject to the jurisdiction of the United States in violation of 46 U.S.C. §§ 70503(a), 70506(a) and (b), and 21 U.S.C. § 960 (b)(1)(B)(ii) and possession with intent to distribute five kilograms or more of cocaine in violation of 46 U.S.C. §§ 70503(a) and 70506(a), 18 U.S.C. § 2 and 21 U.S.C. § 960 (b)(1)(B)(ii). Docs. 56 and 65.

**MOTION FOR A DOWNWARD VARIANCE
PURSUANT TO 18 U.S.C. § 3553(a)**

The Presentence Investigation Report (PSR) prepared in this case identifies Mr. Barahona Gomez's total offense level as 35 with a criminal history category of I, resulting in an advisory guideline imprisonment range of 168 to 210 months imprisonment. PSR ¶¶ 26, 31 & 52. Mr. Barahona Gomez submits that an analysis of the 18 U.S.C. § 3553(a) factors highlighted below support a finding that the advisory guideline imprisonment range in his case is greater than necessary to accomplish the purposes of sentencing and he respectfully moves this Honorable Court to vary downward and impose a sentence of 108 months imprisonment followed by a term of five years of supervised release.

**The nature and circumstances of the offense and the history and characteristics of Elber Barahona Gomez**

Elber Barahona Gomez was born in El Charco, Nariño, Colombia on April 3, 1985. PSR ¶ 36. As the oldest of four children, he has always been taught to be a provider. Helping to provide for his family as well as his parents no longer being able to afford to send him to school, is why he dropped out at the age of 16 and began working full time as a fisherman. *See* PSR ¶¶ 37 and 47. Now, he has four minor children of his own: 15-year-old Jefferson, 13-year-old Anni, 11-year-old Alba and three-year-old Elber. PSR ¶ 39. Prior to his arrest, he used the wages he would earn to provide for his children, his parents and his girlfriend and her parents. PSR ¶ 38.

The offense itself is synonymous with most other boat cases that come before this Court: Mr. Barahona Gomez, a poor person, was hired by a drug lord to transport their cocaine on the high seas in exchange for money. *See* PSR ¶¶ 7-10. However, these drugs did not reach their intended destination and he and his two co-defendants were caught and taken into custody without incident. There were no acts of violence in this case nor are there any in Mr. Barahona Gomez's past as he has no prior criminal history.

**The need for the sentence imposed to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense**

Mr. Barahona Gomez understands the seriousness of his conduct, has expressed extreme remorse for having committed this offense, and accepts that he must be punished for his involvement in the offense. *See* PSR ¶¶ 13 and 38. He asks this Court to consider that this was a non-violent offense and that there were no guns or other weapons involved in this case. Mr. Barahona Gomez also asks the Court to consider his lack of criminal history and his cooperation with law enforcement. A sentence of incarceration below the advisory guideline range would promote respect for the law and provide just punishment considering Mr. Barahona Gomez's characteristics and history and considering the specific circumstances of this case mentioned above.

WHEREFORE the Defendant, ELBER BARAHONA GOMEZ, respectfully requests this Honorable Court impose, after consideration of the factors in 18 U.S.C. § 3553(a), a sentence of 108 months imprisonment followed by a term of five years of supervised release.

DATED this 1st day of June 2021.

Respectfully submitted,

JAMES T. SKUTHAN
ACTING FEDERAL DEFENDER

By:    **_s/ Adrian E. Burden_**
Adrian E. Burden, Esq.
Assistant Federal Defender
Florida Bar No. 0089781
400 North Tampa Street,
Suite 2700
Tampa, Florida 33602
Phone: (813) 228-2715
Facsimile: (813) 228-2562
Email: Adrian_Burden@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of June 2021, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

AUSA Tereza Ohley

By:    **_s/ Adrian E. Burden_**
Adrian E. Burden, Esq.
Assistant Federal Defender

5